Hamilton Cove Townhouses Property Owners Association, Inc.

Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 1 | | FIRST AMERICAN TRUST, FSB, AS TRUSTEE |
| 2 | | WYNDHAM VACATION RESORTS INC |
| 3 | ********3573 | ACKLES, GARY |
| 4 | ********3573 | ACKLES, GARY AND ACKLES, JEANNE BY CAMPBELL, STEPHANIE AS POA |
| 5 | ********3573 | ACKLES, GARY AND ACKLES, JEANNE BY CATLETT, CHRISTINA AS POA |
| 6 | ********3573 | ACKLES, GARY AND ACKLES, JEANNE BY TAYLOR, SUSANNE AS POA |
| 7 | ********3573 | ACKLES, JEANNE |
| 8 | ********2334 | ADAMS, COLIN GRANT |
| 9 | ********0164 | AKERS, BRENT |
| 10 | ********0164 | AKERS, PAM |
| 11 | ********2925 | AKINS, MICHAEL ROY |
| 12 | ********2925 | AKINS, TINA |
| 13 | ********0662 | ALBERT, JOHN |
| 14 | ********2217 | ALLEN, STARKOVICH |
| 15 | ********9370 | ALLEN, TRACY |
| 16 | ********4715 | ALLWINE, MATTHEW |
| 17 | ********8928 | ALSTADT, SARA |
| 18 | ********8928 | ALSTADT, STEVEN |
| 19 | ********3162 | ANDERSON, DEBORAH |
| 20 | ********4373 | ANDERSON, DONALD WAYNE |
| 21 | ********0907 | ANDERSON, KAREN |
| 22 | ********3162 | ANDERSON, MICHAEL |
| 23 | ********6177 | ANDERSON, NANCY |
| 24 | ********4373 | ANDERSON, PEGGY BLYTHE |
| 25 | ********5436 | ANDREWS, DEBRA |
| 26 | ********0328 | ANNABLE, LAWRENCE |
| 27 | ********0328 | ANNABLE, VICKIE |
| 28 | ********1484 | ARCENEAUX, CHARLES |
| 29 | ********1484 | ARCENEAUX, TRACY |
| 30 | ********9736 | ARCURI, LOIS AGNES |
| 31 | ********8465 | ARNETT, CARRIE BETH |
| 32 | ********8465 | ARNETT, JAMES |
| 33 | ********8371 | ARNETT, ROBIN |
| 34 | ********8371 | ARNETT, TEDDY |
| 35 | ********1926 | BABLE, DANIEL |
| 36 | ********1926 | BABLE, JENNIFER |
| 37 | ********4554 | BACH, BETTY |
| 38 | ********4554 | BACH, ROBERT |
| 39 | ********2754 | BAHAM, MARTHA |
| 40 | ********2754 | BAHAM, WEBER, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 41 | ********3888 | BAKER, ANITA |
| 42 | ********0653 | BAKER, BRIAN |
| 43 | ********1011 | BAKER, JANICE |
| 44 | ********1011 | BAKER, MILES |
| 45 | ********3007 | BAKER, NADINE |
| 46 | ********3888 | BAKER, RADIUS |
| 47 | ********0653 | BAKER, THERESA |
| 48 | ********4500 | BALASCIO, DEANNA |
| 49 | ********4500 | BALASCIO, JOHN |
| 50 | ********5436 | BARBER, DEANA |
| 51 | ********9025 | BARNES, BOBBIE |
| 52 | ********7050 | BARNETT, KENT |
| 53 | ********8571 | BARNETT, LILLIAN |
| 54 | ********8571 | BARNETT, LILLIAN BY HILL, JEAN BARNETT AS POA |
| 55 | ********7050 | BARNETT, MARGARET |
| 56 | ********1821 | BARRON, CYNTHIA MORGAN |
| 57 | ********1821 | BARRON, MICHAEL |
| 58 | ********1769 | BARTOLO, JAMIE MARIE |
| 59 | ********1769 | BARTOLO, JOSEPH |
| 60 | ********1881 | BASS, LINDA |

Hamilton Cove Townhouses Property Owners Association, Inc.
Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 61 | ********1881 | BASS, TERENCE PATRICK |
| 62 | ********7573 | BATEMAN, CHERYL |
| 63 | ********7573 | BATEMAN, ROBERT |
| 64 | ********2046 | BAUMANN, CHARLIE |
| 65 | ********2046 | BAUMANN, SHELIA |
| 66 | ********4945 | BEAM, ROSA |
| 67 | ********8570 | BECKER, BARBARA |
| 68 | ********4046 | BECTON, DANIEL WALKER |
| 69 | ********4046 | BECTON, PATRICIA MATUSKEY |
| 70 | ********4666 | BEEGHLY, VELMA |
| 71 | ********4884 | BEIERMANN, LINETTE |
| 72 | ********1755 | BENJAMIN, JOANNA |
| 73 | ********0506 | BENNETT, ANTHONY |
| 74 | ********0506 | BENNETT, HOLLY |
| 75 | ********2860 | BENSON, KAREN MARIE |
| 76 | ********1555 | BENTSON, MARTIN RAYMOND |
| 77 | ********4722 | BERGER, BETH |
| 78 | ********4280 | BERNHARD, THERESA |
| 79 | ********4280 | BERNHARD, WILLIAM |
| 80 | ********3916 | BERRY, ANGELA |
| 81 | ********3916 | BERRY, NEIL |
| 82 | ********8135 | BERRYHILL, JAMES, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 83 | ********8135 | BERRYHILL, SANDY |
| 84 | ********7519 | BERTIG, ELAINE |
| 85 | ********7519 | BERTIG, GINO |
| 86 | ********2047 | BERTZ, VIRGINIA, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 87 | ********0856 | BESSE, JEFFREY |
| 88 | ********0857 | BESSE, JEFFREY |
| 89 | ********0858 | BESSE, JEFFREY |
| 90 | ********1044 | BESSE, JEFFREY |
| 91 | ********1045 | BESSE, JEFFREY |
| 92 | ********3845 | BILBREW, EARNESTINE |
| 93 | ********3845 | BILBREW, ROBERT |
| 94 | ********5436 | BINGAMAN, BARBARA |
| 95 | ********9759 | BLALOCK, JUDY |
| 96 | ********9759 | BLALOCK, KENNETH |
| 97 | ********0928 | BLANTENO, JAMES SHERWOOD |
| 98 | ********0928 | BLANTENO, SYLVIA MURPHY |
| 99 | ********3971 | BODEN, ELIZABETH |
| 100 | ********3971 | BODEN, LLOYD |
| 101 | ********5807 | BOLLINGER, DONALD |
| 102 | ********2788 | BONIN, DAVID |
| 103 | ********2788 | BONIN, RACHEL |
| 104 | ********2860 | BONNIN, JULIE ANN |
| 105 | ********0518 | BORBOLLA, EDUARDO |
| 106 | ********6490 | BORDELON, GENEVA |
| 107 | ********1474 | BOULET, BRENT |
| 108 | ********1474 | BOULET, CHERYL |
| 109 | ********3056 | BOWERS, ELDON LLOYD |
| 110 | ********3056 | BOWERS, PHYLLIS |
| 111 | ********9793 | BRACE, CHARLES |
| 112 | ********9793 | BRACE, PHYLLIS |
| 113 | ********0307 | BRANDENBURG, CONNIE |
| 114 | ********0307 | BRANDENBURG, GEORGE |
| 115 | ********0696 | BRANTLEY, SALLY |
| 116 | ********0373 | BRIDGES, NANCY |
| 117 | ********0373 | BRIDGES, ROY |
| 118 | ********9050 | BRIGGS, BEVERLY |
| 119 | ********9068 | BRIGGS, BEVERLY |
| 120 | ********9050 | BRIGGS, RONALD |

Hamilton Cove Townhouses Property Owners Association, Inc.
Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 121 | ********9068 | BRIGGS, RONALD |
| 122 | ********2838 | BRISSETTE, JOHN |
| 123 | ********2838 | BRISSETTE, LINDA |
| 124 | ********6369 | BRITT, JEFFEREY |
| 125 | ********6369 | BRITT, JILL |
| 126 | ********2485 | BROOKER, ALLEN |
| 127 | ********4769 | BROTHERTON, TIM |
| 128 | ********4769 | BROTHERTON, TIM BY PONDER, ROBIN AS POA |
| 129 | ********3658 | BROWN, DAVID |
| 130 | ********9007 | BROWN, DIANE |
| 131 | ********3658 | BROWN, JAN |
| 132 | ********4757 | BROWN, KIM |
| 133 | ********4757 | BROWN, ROBERT |
| 134 | ********9007 | BROWN, TERRY |
| 135 | ********4706 | BRYAN, DEBRA |
| 136 | ********4706 | BRYAN, GERALD |
| 137 | ********5872 | BUFFINGTON, DOUG |
| 138 | ********6146 | BUNTING, BEVERLY |
| 139 | ********6146 | BUNTING, THEODORE |
| 140 | ********4339 | BURKHART, SHARON KAY |
| 141 | ********4339 | BURKHART, STEPHEN JAMES |
| 142 | ********1421 | BYERS, MARILYN |
| 143 | ********9909 | BYLAND, ELIZABETH |
| 144 | ********9909 | BYLAND, JAMES |
| 145 | ********4637 | CALLAHAN, PATRICIA |
| 146 | ********3191 | CAMPBELL, LISA |
| 147 | ********3233 | CANNIZZARO, GLENN |
| 148 | ********1268 | CARLISLE, ALLAN |
| 149 | ********1268 | CARLISLE, KATHY |
| 150 | ********4722 | CARPENTER, DIANE JEANINE |
| 151 | ********4722 | CARPENTER, JEANINE |
| 152 | ********4722 | CARPENTER, RALPH H |
| 153 | ********4627 | CARTER, MARTHA |
| 154 | ********4627 | CARTER, ROBERT |
| 155 | ********3791 | CAZARES, HECTOR |
| 156 | ********3791 | CAZARES, ISABELLA |
| 157 | ********4943 | CHAKRABORTY, LAL |
| 158 | ********9255 | CHANDLER, CARVEL |
| 159 | ********9255 | CHANDLER, NORMA |
| 160 | ********5330 | CHANEY, STEPHANIE |
| 161 | ********5330 | CHANEY, STEVEN |
| 162 | ********3936 | CHARLTON, DEBORAH LYNN |
| 163 | ********3787 | CHASE, DONNA |
| 164 | ********3787 | CHASE, JOHN |
| 165 | ********4945 | CHASON, ANNA PEREZ |
| 166 | ********0133 | CHASTAIN, CASEY |
| 167 | ********0133 | CHASTAIN, NICHOLAS |
| 168 | ********0656 | CHESTNUT, RUTH, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 169 | ********6110 | CHILDS, CYNTHIA |
| 170 | ********0789 | CHING, JAMES |
| 171 | ********0789 | CHING, SANDRA |
| 172 | ********0398 | CHRISMAN, MELVIN |
| 173 | ********4677 | CHRISTENSEN, JULIE ANN |
| 174 | ********4677 | CHRISTENSEN, PAUL ALLAN |
| 175 | ********2540 | CHRISTIAN, DIANE |
| 176 | ********5781 | CHRISTIAN, HAROLD |
| 177 | ********5781 | CHRISTIAN, LOIS |
| 178 | ********2540 | CHRISTIAN, ROBERT |
| 179 | ********0040 | CHRISTIAN, ROGER |
| 180 | ********1862 | CLARK, BOB |

Hamilton Cove Townhouses Property Owners Association, Inc.
Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 181 | ********1862 | CLARK, FRANCES |
| 182 | ********9669 | CLARK, NANCY |
| 183 | ********9669 | CLARK, RAYMOND |
| 184 | ********0471 | CLEMENTS, JOHN - VP |
| 185 | ********0471 | CLEMENTS, RONNIE - PRES |
| 186 | ********2233 | COBLE, JAMES LEROY |
| 187 | ********2233 | COBLE, JOANN ELAINE |
| 188 | ********7960 | COCAIN, DAVID |
| 189 | ********7960 | COCAIN, TERRI |
| 190 | ********4351 | COLEMAN, GLENN HARLEY |
| 191 | ********4351 | COLEMAN, MARJORIE |
| 192 | ********0395 | COLLUMS, BELVA |
| 193 | ********0395 | COLLUMS, BILLY |
| 194 | ********0780 | COMSI, GUINEVERE MORGANA NILLES |
| 195 | ********0780 | COMSIA, NATHAN |
| 196 | ********3561 | CONLEY, LEEARTRICE |
| 197 | ********3561 | CONLEY, MEMORY |
| 198 | ********0471 | CONSULTING, CLEMENTS FINANCIAL |
| 199 | ********4435 | COOK, CATHY |
| 200 | ********0617 | COOLEY, FAYE, DECEASED, BY,HAYES, CYNTHIA DIANE AS EXECUTOR |
| 201 | ********0617 | COOLEY, FAYE, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 202 | ********3226 | COOPER, JUDITH |
| 203 | ********6809 | CORNELIUS, LEE |
| 204 | ********6809 | CORNELIUS, LOUISE |
| 205 | ********5101 | COUCH, HULDA |
| 206 | ********5101 | COUCH, ROBERT, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 207 | ********0197 | COVE, HOA HAMILTON |
| 208 | ********4437 | COX, JAMES |
| 209 | ********4437 | COX, SONDRA |
| 210 | ********0852 | CRAIG, TIMOTHY |
| 211 | ********0609 | CRAWFORD, CAROL |
| 212 | ********0609 | CRAWFORD, J0HN |
| 213 | ********4260 | CREYDT, JEREMY |
| 214 | ********4260 | CREYDT, SUSAN |
| 215 | ********3983 | CROSON, BARBARA |
| 216 | ********3983 | CROSON, MARK |
| 217 | ********2680 | CROSS, BONITA |
| 218 | ********2680 | CROSS, JERRY |
| 219 | ********4737 | CUNDIFF, DEBRA |
| 220 | ********4877 | CUNNINGHAM, SALLY DICKEY |
| 221 | ********1900 | CUREY, WADE |
| 222 | ********6623 | CURLEE, HARVEY |
| 223 | ********2858 | CURREY, BRENDA |
| 224 | ********2858 | CURREY, DAVID |
| 225 | ********4135 | CURZON, JAMES |
| 226 | ********4135 | CURZON, VERA - CO-TRUSTEE |
| 227 | ********1093 | DABBS, CHARLES |
| 228 | ********9016 | DAHLHAUSEN, JAMES |
| 229 | ********9016 | DAHLHAUSEN, JAMES BY ROSSELOT, THOMAS AS POA |
| 230 | ********1590 | DAMATH, VIKKI |
| 231 | ********2589 | DANNER, MELINDA MYERS |
| 232 | ********3476 | DAVAULT, NORMA |
| 233 | ********0795 | DAVIS, CLETUS |
| 234 | ********0878 | DAVIS, DANIEL JACOB |
| 235 | ********1120 | DAVIS, KELI |
| 236 | ********0795 | DAVIS, LOLA |
| 237 | ********0878 | DAVIS, SONNA |
| 238 | ********3801 | DAWSON, CARL |
| 239 | ********3801 | DAWSON, DIANA |
| 240 | ********2739 | DEER, JIMMIE |

Hamilton Cove Townhouses Property Owners Association, Inc.
Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 241 | ********2739 | DEER, PATRICIA |
| 242 | ********2724 | DEIMUND, MIKE |
| 243 | ********2724 | DEIMUND, TIFFANY |
| 244 | ********0759 | DELASANDRO, STEFANIE |
| 245 | ********0759 | DELASANDRO, TIMOTHY |
| 246 | ********3708 | DELUE, STEPHEN |
| 247 | ********3708 | DELUE, VIRGINIA |
| 248 | ********0195 | DESJARDINS, JAY, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 249 | ********0195 | DESJARDINS, VIRGINIA |
| 250 | ********4100 | DESROSIERS, GREGORY |
| 251 | ********4100 | DESROSIERS, LINDA |
| 252 | ********1568 | DIAGOSTINO, ANTHONY |
| 253 | ********1568 | DIAGOSTINO, JESSICA STRULL |
| 254 | ********8629 | DIBUONO, TINA JEANNE |
| 255 | ********6574 | DIBUONO, TINA JEANNE |
| 256 | ********4877 | DICKEY, SAMUEL |
| 257 | ********4877 | DICKEY, SARA |
| 258 | ********4877 | DICKEY, WILLIAM |
| 259 | ********9132 | DICKSON, HARVEY |
| 260 | ********9132 | DICKSON, JANIS |
| 261 | ********5501 | DIMICELI, CINDY |
| 262 | ********5501 | DIMICELI, DARRYL |
| 263 | ********0394 | DISHMAN, ELIZABETH |
| 264 | ********0394 | DISHMAN, ELIZABETH BY KING, ROBERT AS POA |
| 265 | ********5299 | DITTMAN, DIANA |
| 266 | ********5299 | DITTMAN, GERALD |
| 267 | ********0091 | DOBSON, DONNA - TRUSTEE |
| 268 | ********0220 | DONALD, WAYMON MC |
| 269 | ********2351 | DONATH, TONY |
| 270 | ********2351 | DONATH, TONY BY MILLER, CHRISTINA AS POA |
| 271 | ********0313 | DORSCH, GREGORY |
| 272 | ********0313 | DORSCH, LAURA |
| 273 | ********4193 | DOUGHTY, JASON |
| 274 | ********4193 | DOUGHTY, TERRI |
| 275 | ********3993 | DUCKER, DONNA |
| 276 | ********1447 | DUFRENE, JASON |
| 277 | ********1447 | DUFRENE, SHANNON |
| 278 | ********1255 | DUGUAY, MATTHEW |
| 279 | ********1255 | DUGUAY, SARA |
| 280 | ********3340 | DUNKERSON, DANA JO |
| 281 | ********3340 | DUNKERSON, LARRY NOBLE |
| 282 | ********2338 | DUNNE, NATASHA |
| 283 | ********0407 | DUNNE, NATASHA |
| 284 | ********1922 | EADIE, JOAN HOLT |
| 285 | ********5626 | EGNER, ALLEN |
| 286 | ********5626 | EGNER, GIDGET |
| 287 | ********3470 | FAULKNER, GARY |
| 288 | ********3470 | FAULKNER, KATHY |
| 289 | ********9868 | FELLENZ, JAMES |
| 290 | ********1378 | FELLENZ, JAMES |
| 291 | ********9868 | FELLENZ, JANE |
| 292 | ********1378 | FELLENZ, JANE |
| 293 | ********9751 | FENWICK, KI-SON |
| 294 | ********9751 | FENWICK, RAYMOND |
| 295 | ********0889 | FEYGELMAN, VICTOR |
| 296 | ********8137 | FRANK, JOHN |
| 297 | ********8137 | FRANK, MARY |
| 298 | ********7523 | FRANKS, SHANNON |
| 299 | ********7523 | FRANKS, THOMAS |
| 300 | ********1689 | FRAXMAYER, FREDERICK JR, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |

Hamilton Cove Townhouses Property Owners Association, Inc.
Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 301 | ********0548 | FREEMAN, ANGELA MARASCO |
| 302 | ********0548 | FREEMAN, BRENT GREGORY |
| 303 | ********9283 | FREIDINGER, EDWARD AS TRUSTEE OF THE EMILY M. FREIDINGER REVOCABLE TRUST |
| 304 | ********9283 | FREIDINGER, ROGER AS TRUSTEE OF THE EMILY M. FREIDINGER REVOCABLE TRUST |
| 305 | ********3927 | FUHR, KENNETH |
| 306 | ********3927 | FUHR, KRISTINE |
| 307 | ********6631 | FULLER, CARL |
| 308 | ********1725 | FULLER, JAMES |
| 309 | ********1725 | FULLER, LEAH |
| 310 | ********6631 | FULLER, LILLIAN |
| 311 | ********0581 | FURRER, IRVIN |
| 312 | ********0581 | FURRER, SHIRLEY |
| 313 | ********5609 | GALLOWAY, KAREN |
| 314 | ********3841 | GARCIA, PAMELA |
| 315 | ********2186 | GARDNER, STEPHANIE |
| 316 | ********2186 | GARDNER, STEPHEN |
| 317 | ********6623 | GARRETT, JOANNE |
| 318 | ********0790 | GARRETT, LAWRENCE |
| 319 | ********0790 | GARRETT, PATRICIA |
| 320 | ********6565 | GARRISON, DENNIS |
| 321 | ********6565 | GARRISON, PATRICIA |
| 322 | ********0196 | GAY, PAMELA |
| 323 | ********0196 | GAY, THOMAS |
| 324 | ********1903 | GERBER, MELBA |
| 325 | ********1903 | GERBER, RONALD |
| 326 | ********0197 | GIBSON, BRIDGET |
| 327 | ********0197 | GIBSON, FRANK |
| 328 | ********4963 | GILES, KAREN LEVETTE |
| 329 | ********3213 | GILES, KAREN SUE |
| 330 | ********3213 | GILES, ROBERT |
| 331 | ********6685 | GIRARD, PAUL |
| 332 | ********3296 | GIRARD, PAUL |
| 333 | ********6685 | GIRARD, PHILLIS |
| 334 | ********3296 | GIRARD, PHILLIS |
| 335 | ********0633 | GLOVER, JAMES |
| 336 | ********0381 | GLOVER, JAMES |
| 337 | ********4649 | GLOVER, KAREN |
| 338 | ********4649 | GLOVER, TIMMY |
| 339 | ********3176 | GNAEGY, LYNN MORGAN |
| 340 | ********3176 | GNAEGY, MICHAEL |
| 341 | ********5435 | GOLAN, VIRGINIA |
| 342 | ********0863 | GOULD, C ROBERT |
| 343 | ********0863 | GOULD, CATHY |
| 344 | ********4883 | GRAVES, SUSAN |
| 345 | ********4891 | GRAVES, SUSAN |
| 346 | ********4883 | GRAVES, WILLIAM |
| 347 | ********4891 | GRAVES, WILLIAM |
| 348 | ********9993 | GREEN, CAROLYN NICOLE |
| 349 | ********0474 | GREEN, CHARLOTTE |
| 350 | ********0474 | GREEN, KARLTON |
| 351 | ********4941 | GREEN, ROBERT |
| 352 | ********4941 | GREEN, SARAH |
| 353 | ********4249 | GREGORY, ROBERT |
| 354 | ********9498 | GRIFFIN, BETTY - TRUSTEE |
| 355 | ********9506 | GRIFFIN, BETTY - TRUSTEE |
| 356 | ********3323 | GRIFFIN, BETTY - TRUSTEE |
| 357 | ********9498 | GRIFFIN, LARRY |
| 358 | ********9506 | GRIFFIN, LARRY |
| 359 | ********3323 | GRIFFIN, LARRY |
| 360 | ********0476 | GRIMES, DANIEL |

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 361 | ********0476 | GRIMES, SHARON |
| 362 | ********1088 | GRINDSTAFF, SHAWN |
| 363 | ********8207 | GUARDIAN, DALE MC GUIRE |
| 364 | ********4264 | GUIRE, BRIAN MC |
| 365 | ********8207 | GUIRE, DANIEL MC, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 366 | ********4264 | GUIRE, IRENE MC |
| 367 | ********1413 | GULLATT, DAVID |
| 368 | ********1413 | GULLATT, KATHY SUE |
| 369 | ********0677 | GUY, CLAUDENE |
| 370 | ********0677 | GUY, DOUGLAS |
| 371 | ********7804 | GUY, ERIC |
| 372 | ********7804 | GUY, NANCY |
| 373 | ********4672 | HAAS, RACHEAL |
| 374 | ********4672 | HAAS, THOMAS |
| 375 | ********8893 | HAGEN, GREGORY |
| 376 | ********3410 | HAGENOW, DANIEL |
| 377 | ********3410 | HAGENOW, DONNA |
| 378 | ********7951 | HAGER, ANNE HOFFMAN |
| 379 | ********2880 | HALL, LARRY |
| 380 | ********2818 | HALL, REBECCA |
| 381 | ********2818 | HALL, SHELDON |
| 382 | ********2880 | HALL, SUSAN |
| 383 | ********5238 | HAMMONS, PATSY |
| 384 | ********5238 | HAMMONS, RONNIE |
| 385 | ********0826 | HANSON, DAVID |
| 386 | ********0826 | HANSON, TRACI |
| 387 | ********6963 | HARRIS, DAVID |
| 388 | ********2620 | HARRIS, DEBORAH |
| 389 | ********3841 | HARRIS, LINDA |
| 390 | ********1557 | HARTSFIELD, LOXIE |
| 391 | ********3191 | HASKIN, CRAIG |
| 392 | ********3191 | HASKIN, HELEN |
| 393 | ********3191 | HASKIN, MICHAEL |
| 394 | ********3191 | HASKIN, NEIL |
| 395 | ********3191 | HASKIN, RANDY |
| 396 | ********0859 | HAWN, DEBBIELEE |
| 397 | ********0859 | HAWN, RALPH |
| 398 | ********4232 | HAYES, ERNEST |
| 399 | ********4232 | HAYES, ERNEST AND HAYES, STELLA VIRGINIA BY HAYES, TERRY AS POA |
| 400 | ********4232 | HAYES, STELLA VIRGINIA |
| 401 | ********2300 | HEBERT, ELISE |
| 402 | ********2300 | HEBERT, KELLY |
| 403 | ********7516 | HEINRICH, CARL |
| 404 | ********7516 | HEINRICH, DAVID SCOTT |
| 405 | ********7516 | HEINRICH, JON DEE |
| 406 | ********7516 | HEINRICH, LEE ALAN - TRUSTEE |
| 407 | ********7516 | HEINRICH, MARK |
| 408 | ********6963 | HELST, LYNN VER |
| 409 | ********1949 | HENDERSON, NANCY JANET |
| 410 | ********6830 | HENSLEY, TIMOTHY |
| 411 | ********8523 | HERRINGTON, DENNIS |
| 412 | ********8523 | HERRINGTON, VIOLA |
| 413 | ********1789 | HESSENIUS, BETTY |
| 414 | ********1789 | HESSENIUS, RICHARD |
| 415 | ********1771 | HESSENIUS, RICHARD |
| 416 | ********1771 | HESSENIUS, ROBERT |
| 417 | ********2641 | HEYT, DEBRA |
| 418 | ********4007 | HICKMAN, DOROTHY, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 419 | ********2734 | HICKS, DANIEL |
| 420 | ********2734 | HICKS, SHANNON |

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 421 | ********1637 | HIGBEE, KEVIN |
| 422 | ********4427 | HILL, BARBARA |
| 423 | ********8829 | HILL, CURTIS |
| 424 | ********8829 | HILL, DANA NICOL |
| 425 | ********0615 | HILL, LARRY |
| 426 | ********0615 | HILL, MARTHA |
| 427 | ********4427 | HILL, ROBERT |
| 428 | ********7574 | HINDES, BROOKS |
| 429 | ********7574 | HINDES, TANI |
| 430 | ********1922 | HOLT, JOHN |
| 431 | ********1922 | HOLT, PENNI |
| 432 | ********4596 | HOLTZMANN, PAULETTE |
| 433 | ********6922 | HOLZ, HOWARD |
| 434 | ********6922 | HOLZ, JAMES |
| 435 | ********6922 | HOLZ, MARYELLEN CAMERON |
| 436 | ********9283 | HONEGGER, JOY AS TRUSTEE OF THE EMILY M. FREIDINGER REVOCABLE TRUST |
| 437 | ********0160 | HOPPER, CECELIA |
| 438 | ********0160 | HOPPER, MICHAEL |
| 439 | ********4638 | HOVDEN, MAYNARD |
| 440 | ********2239 | HOWARD, DENNIS LYNN |
| 441 | ********2239 | HOWARD, LOIS EVELYN |
| 442 | ********0217 | HUGHES, CARL LEE |
| 443 | ********3338 | HUGHES, KIRBY |
| 444 | ********3338 | HUGHES, MARK |
| 445 | ********0217 | HUGHES, SHERRY |
| 446 | ********6121 | HUMMINGBIRD, BRIAN |
| 447 | ********6121 | HUMMINGBIRD, LUVICE |
| 448 | ********3968 | HUNN, SHANON |
| 449 | ********3885 | HURT, DOYLE |
| 450 | ********3885 | HURT, STACY |
| 451 | ********5742 | HUTCHINS, LAURA |
| 452 | ********5742 | HUTCHINS, STEVEN |
| 453 | ********3051 | HUXHOLD, PAUL |
| 454 | ********4244 | HYDEN, BEVERLY |
| 455 | ********4244 | HYDEN, RAY |
| 456 | ********0164 | HYLER, ERIC |
| 457 | ********0164 | HYLER, LINDA |
| 458 | ********1119 | INGRAM, DANIEL LEE, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 459 | ********1119 | INGRAM, DELORES LEE, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 460 | ********1590 | IRBY, MARY |
| 461 | ********0593 | ITTNER, DAVID |
| 462 | ********0593 | ITTNER, GINGER |
| 463 | ********9982 | JACKSON, ELAINE |
| 464 | ********7951 | JACKSON, LYNNE HOFFMAN |
| 465 | ********9982 | JACKSON, WERTICE |
| 466 | ********3696 | JAMES, GEORGE |
| 467 | ********3696 | JAMES, GREG |
| 468 | ********3696 | JAMES, RUTH |
| 469 | ********0295 | JAMES, STEPHEN |
| 470 | ********1305 | JASCUR, KATHLEEN |
| 471 | ********2932 | JEAN, JULIE DE ST |
| 472 | ********2932 | JEAN, WILLIAM DE ST |
| 473 | ********0022 | JEANE, NELDA |
| 474 | ********0022 | JEANE, VIRGLE GLEN |
| 475 | ********5923 | JENKINS, JAMES |
| 476 | ********5923 | JENKINS, NANCY |
| 477 | ********3878 | JENSEN, CATHERINE |
| 478 | ********1721 | JENSEN, DONNA |
| 479 | ********1721 | JENSEN, RONALD |
| 480 | ********3878 | JENSEN, STEVEN |

Hamilton Cove Townhouses Property Owners Association, Inc.
Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 481 | ********1274 | JESTY, MONICA |
| 482 | ********0112 | JOHNSON, ALICE |
| 483 | ********5667 | JOHNSON, MARY |
| 484 | ********4825 | JONAS, JOHNNY |
| 485 | ********4825 | JONAS, SHAWNA |
| 486 | ********9058 | JONES, BRENDA |
| 487 | ********7402 | JONES, BRENDA |
| 488 | ********5492 | JONES, DANA |
| 489 | ********5492 | JONES, DANIEL |
| 490 | ********9058 | JONES, DWAYNE |
| 491 | ********7402 | JONES, J |
| 492 | ********0370 | JONES, KENNETH |
| 493 | ********9042 | JONES, SHARRON ANDREA |
| 494 | ********0370 | JONES, TERRI |
| 495 | ********7500 | JOYCE, JANET |
| 496 | ********7500 | JOYCE, JOSEPH |
| 497 | ********1274 | JR, JOSEPH JESTY |
| 498 | ********2980 | JR, PHOCEAN TAYLOR |
| 499 | ********4933 | JUSTICE, ED |
| 500 | ********8646 | KELLY, JAMES |
| 501 | ********4009 | KENNEDY, DEBORAH |
| 502 | ********4009 | KENNEDY, ROGER |
| 503 | ********2860 | KERN, DARRELL |
| 504 | ********2860 | KERN, JOHN |
| 505 | ********1159 | KETTLEWELL, ARNOLD, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 506 | ********1159 | KETTLEWELL, LORES |
| 507 | ********0394 | KING, ELIZABETH |
| 508 | ********0394 | KING, JAMES |
| 509 | ********8109 | KING, PAUL, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 510 | ********0394 | KING, THOMAS |
| 511 | ********8109 | KING, VIRGINIA |
| 512 | ********4817 | KIRKENDALL, CHRIS |
| 513 | ********4817 | KIRKENDALL, JERI |
| 514 | ********6955 | KNIGHT, PAUL |
| 515 | ********6955 | KNIGHT, TERESA |
| 516 | ********4794 | KONZAL, KAREN |
| 517 | ********4794 | KONZAL, MARK |
| 518 | ********0303 | KOSSMAN, PAUL, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 519 | ********0303 | KOSSMAN, SHARON |
| 520 | ********2639 | LABBE, NORMA |
| 521 | ********4268 | LABBE, NORMA |
| 522 | ********0889 | LAKUBA, INNA |
| 523 | ********0569 | LAMPP, DEBRA |
| 524 | ********0569 | LAMPP, JOE |
| 525 | ********7854 | LANDERS, SABRINA |
| 526 | ********8462 | LANE, J |
| 527 | ********0410 | LANE, JANAN |
| 528 | ********2639 | LANE, JIM |
| 529 | ********4268 | LANE, JIM |
| 530 | ********8462 | LANE, SARA |
| 531 | ********9613 | LARSEN, LOIS |
| 532 | ********9613 | LARSEN, LOIS |
| 533 | ********4415 | LAYTON, ANITA |
| 534 | ********4415 | LAYTON, STEPHEN |
| 535 | ********2609 | LEARY, IRIS |
| 536 | ********2609 | LEARY, RONALD |
| 537 | ********7145 | LEEK, JOHN |
| 538 | ********7145 | LEEK, LORI |
| 539 | ********8629 | LEMKE, SCOTT ALLEN |
| 540 | ********6574 | LEMKE, SCOTT ALLEN |

Hamilton Cove Townhouses Property Owners Association, Inc.
Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 541 | ********1815 | LINDSEY, CARITA |
| 542 | ********1815 | LINDSEY, RICHARD |
| 543 | ********3275 | LINTON, MARK |
| 544 | ********0533 | LITTREL, JUDY |
| 545 | ********0533 | LITTRELL, BOBBY |
| 546 | ********3102 | LLOYD, CALESTINE |
| 547 | ********3102 | LLOYD, EARNEST |
| 548 | ********9555 | LOFTON, BENN |
| 549 | ********9555 | LOFTON, MARY JANE |
| 550 | ********2620 | LOGAN, DONNA |
| 551 | ********5107 | LOVE, CLIFTON |
| 552 | ********5107 | LOVE, ROBIN |
| 553 | ********3266 | LOVELL, LARRY, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 554 | ********3266 | LOVELL, PAULETTE |
| 555 | ********0612 | LOVING, ANGELA |
| 556 | ********0612 | LOVING, ROBERT |
| 557 | ********9234 | LUKROFKA, OLGA |
| 558 | ********9234 | LUKROFKA, RICHARD |
| 559 | ********1439 | LUTTRELL, JANET |
| 560 | ********1439 | LUTTRELL, JOHN |
| 561 | ********3687 | LYNN, DANIEL |
| 562 | ********4767 | LYNN, GARY |
| 563 | ********3687 | LYNN, MELVEL |
| 564 | ********4767 | LYNN, PATTI |
| 565 | ********3687 | LYNN, VELMA |
| 566 | ********1457 | MACK, ELVIS |
| 567 | ********1457 | MACK, WYOMMIE |
| 568 | ********5752 | MACKEY, JOHN |
| 569 | ********5752 | MACKEY, ROBIN |
| 570 | ********7327 | MALCOM, ADRIENNE |
| 571 | ********9726 | MALONE, ALLISON |
| 572 | ********9726 | MALONE, GEORGIA |
| 573 | ********9726 | MALONE, MICHAEL |
| 574 | ********1178 | MANES, JAMES |
| 575 | ********0076 | MANES, JAMES |
| 576 | ********1178 | MANES, JAMES BY TURNER, PATRICIA AS POA |
| 577 | ********0076 | MANES, JAMES BY TURNER, PATRICIA AS POA |
| 578 | ********4102 | MANNING, DOROTHY, DECEASED, BY HARTSFIELD, MICHAEL AS EXECUTOR |
| 579 | ********4102 | MANNING, DOROTHY, DECEASED, BY JOHNSON, TONI MANNING AS EXECUTOR |
| 580 | ********4102 | MANNING, DOROTHY, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 581 | ********4496 | MANSOUR, SHARON |
| 582 | ********4496 | MANSOUR, SHARON BY CUTTS, LORI AS ADMINISTRATOR |
| 583 | ********4496 | MANSOUR, SHARON CEO |
| 584 | ********3841 | MARCOTT, MATTHEW |
| 585 | ********8357 | MARSHALL, HUDSON |
| 586 | ********8357 | MARSHALL, MARY |
| 587 | ********3860 | MARTIN, GEORGE |
| 588 | ********3860 | MARTIN, VONCILE |
| 589 | ********5841 | MARTINEZ, ELAINE |
| 590 | ********5841 | MARTINEZ, RICARDO |
| 591 | ********4290 | MASSEY, KATHLEEN |
| 592 | ********4290 | MASSEY, WILLIAM |
| 593 | ********0419 | MATTHEWS, MICHAEL WILLIAM |
| 594 | ********0419 | MATTHEWS, PATRICIA ANN |
| 595 | ********1262 | MAXWELL, ANN |
| 596 | ********1262 | MAXWELL, JOSEPH |
| 597 | ********1504 | MAYS, BARBARA |
| 598 | ********1504 | MAYS, O WAYNE |
| 599 | ********7072 | MCCAULEY, JOAN |
| 600 | ********2797 | MCCLENNY, RUSSELL |

Hamilton Cove Townhouses Property Owners Association, Inc.
Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 601 | ********7084 | MCCOLLOM, LINDA |
| 602 | ********7084 | MCCOLLOM, THOMAS |
| 603 | ********9804 | MCGUNIGLE, GREGORY MELVIN |
| 604 | ********9804 | MCGUNIGLE, VERONICA ELIZABETH |
| 605 | ********2548 | MCINTOSH, AMBER |
| 606 | ********6370 | MCINTOSH, BILLY |
| 607 | ********8796 | MCINTOSH, BILLY |
| 608 | ********2548 | MCINTOSH, JOHN |
| 609 | ********6370 | MCINTOSH, JUDITH |
| 610 | ********8796 | MCINTOSH, JUDITH |
| 611 | ********0132 | MCLOUD, STEVE |
| 612 | ********0856 | MENDOZA, REINIER |
| 613 | ********0857 | MENDOZA, REINIER |
| 614 | ********0858 | MENDOZA, REINIER |
| 615 | ********1044 | MENDOZA, REINIER |
| 616 | ********1045 | MENDOZA, REINIER |
| 617 | ********3810 | MENGELBERG, MARYANNE |
| 618 | ********3810 | MENGELBERG, PAUL |
| 619 | ********1775 | MERRITT, DAVID |
| 620 | ********1045 | MESSINGER, FRANK |
| 621 | ********1045 | MESSINGER, KATHERINE |
| 622 | ********4884 | METZGER, CLINTON |
| 623 | ********1033 | MEYERS, GAYLYN |
| 624 | ********1033 | MEYERS, STEVEN |
| 625 | ********3374 | MILLER, JUDITH |
| 626 | ********3096 | MILLER, LOIS, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 627 | ********3374 | MILLER, RALPH |
| 628 | ********1082 | MILLER, RICHARD |
| 629 | ********4875 | MILLER, ROBERT |
| 630 | ********1082 | MILLER, ROBIN |
| 631 | ********4875 | MILLER, SUSAN, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 632 | ********4875 | MILLER, TIMOTHY |
| 633 | ********5062 | MILLGARD, KATHLEEN |
| 634 | ********7260 | MITCHELL, ANDREW |
| 635 | ********7260 | MITCHELL, LEOLA |
| 636 | ********6699 | MOJICA, CAROLYN R |
| 637 | ********6699 | MOJICA, GERARDO |
| 638 | ********1890 | MOLLE, BLANCHE |
| 639 | ********1890 | MOLLE, HENRY |
| 640 | ********1432 | MOODY, DAVID |
| 641 | ********1432 | MOODY, VICKY |
| 642 | ********6130 | MOORE, KATHRYN |
| 643 | ********6130 | MOORE, LESTER |
| 644 | ********5113 | MORGAN, BRENDA |
| 645 | ********3163 | MORGAN, JAMIE EARL |
| 646 | ********5113 | MORGAN, JOHN |
| 647 | ********3163 | MORGAN, KATHRYN AYERS |
| 648 | ********7002 | MORRIS, BARBARA |
| 649 | ********1723 | MORRIS, HENRY |
| 650 | ********5659 | MORRIS, JOHN |
| 651 | ********2739 | MORRIS, JON |
| 652 | ********1723 | MORRIS, KAREN |
| 653 | ********2739 | MORRIS, PATRICIA |
| 654 | ********7002 | MORRIS, THOMAS |
| 655 | ********9370 | MORROW, KAREN |
| 656 | ********9370 | MORROW, WILLIAM |
| 657 | ********4305 | MOSCHINI, KAREN |
| 658 | ********4305 | MOSCHINI, ROSE |
| 659 | ********3821 | MULHERIN, DAVID |
| 660 | ********3821 | MULHERIN, DEB |

Hamilton Cove Townhouses Property Owners Association, Inc.
Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 661 | ********3821 | MULHERIN, JENNIFER |
| 662 | ********3821 | MULHERIN, POPE |
| 663 | ********1189 | MULL, JUNE |
| 664 | ********1189 | MULL, THOMAS |
| 665 | ********2589 | MYERS, JULIE |
| 666 | ********2589 | MYERS, LYNN |
| 667 | ********2589 | MYERS, MARK |
| 668 | ********2589 | MYERS, MATHEW |
| 669 | ********2589 | MYERS, MICHAEL |
| 670 | ********4943 | NATH, KALYANI RAMA |
| 671 | ********2577 | NETZEL, DIANE |
| 672 | ********2577 | NETZEL, STEVEN |
| 673 | ********6292 | NEWMAN, LADONNA |
| 674 | ********6292 | NEWMAN, ROGER |
| 675 | ********8280 | NOLL, ALAN |
| 676 | ********8280 | NOLL, LYDIA |
| 677 | ********5229 | ODLE, AMY |
| 678 | ********3569 | OLSON, MARK |
| 679 | ********3569 | OLSON, TAMMY |
| 680 | ********6525 | OTTE, EMILIE |
| 681 | ********6525 | OTTE, ROBERT |
| 682 | ********3906 | OVERTON, CHRYSTAL |
| 683 | ********3906 | OVERTON, JAMES |
| 684 | ********7960 | OWENS, CATHY |
| 685 | ********7960 | OWENS, WILLIAM |
| 686 | ********2847 | PACHER, BILLY |
| 687 | ********5600 | PAGLIA, AGATHA LA |
| 688 | ********5600 | PAGLIA, DAVID LA |
| 689 | ********0808 | PALMER, REBECCA |
| 690 | ********0936 | PALMER, TRACEE JONES |
| 691 | ********0808 | PALMER, WILLIAM |
| 692 | ********0555 | PARSONS, ALAN JOSEPH |
| 693 | ********0555 | PARSONS, LAURA KIRKMAN |
| 694 | ********7624 | PARSONS, MICHAEL |
| 695 | ********9480 | PC, JEFFREY KATZ |
| 696 | ********8408 | PEARSON, GENE |
| 697 | ********8408 | PEARSON, JEANNE |
| 698 | ********0955 | PENDLETON, GARY |
| 699 | ********0955 | PENDLETON, PENNY |
| 700 | ********4945 | PEREZ, MARY |
| 701 | ********4945 | PEREZ, ROBERTO |
| 702 | ********9077 | PETERSEN, MELINDA SUE |
| 703 | ********0746 | PETTIT, CAROLYN |
| 704 | ********0746 | PETTIT, JAMES |
| 705 | ********6906 | PHILLIPS, JAYNE |
| 706 | ********6906 | PHILLIPS, JOHN |
| 707 | ********0445 | PLAFCAN, FRANK |
| 708 | ********0445 | PLAFCAN, PATRICIA |
| 709 | ********0779 | PLONKA, DONNA RAE |
| 710 | ********8342 | PLONKA, JAMES |
| 711 | ********0779 | PLONKA, JOHN |
| 712 | ********8342 | PLONKA, KATHLEEN |
| 713 | ********0731 | POMEROY, LILLY |
| 714 | ********0731 | POMEROY, PETER |
| 715 | ********7327 | POTTER, GLEN |
| 716 | ********7327 | POTTER, KIRA |
| 717 | ********3566 | POULTER, KATHLEEN |
| 718 | ********8903 | POULTER, KATHLEEN |
| 719 | ********3566 | POULTER, TIMOTHY |
| 720 | ********8903 | POULTER, TIMOTHY |

Hamilton Cove Townhouses Property Owners Association, Inc.
Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 721 | ********9019 | POWELL, FREDDIE |
| 722 | ********9019 | POWELL, MARILYN |
| 723 | ********1306 | POYNOR, DOROTHY |
| 724 | ********1306 | POYNOR, FRED |
| 725 | ********1103 | PRESSLER, JULIE |
| 726 | ********2423 | PRICE, DONNA |
| 727 | ********2290 | PRIMM, BRUCE |
| 728 | ********2290 | PRIMM, JOAN |
| 729 | ********1706 | PUIDK, DOROTHY |
| 730 | ********1706 | PUIDK, MICHAEL |
| 731 | ********2390 | QUICK, DAVID |
| 732 | ********2390 | QUICK, ROSE |
| 733 | ********2142 | RACHLEWICZ, GLORIA |
| 734 | ********2142 | RACHLEWICZ, ROBERT |
| 735 | ********1546 | RADEMACHER, LINDA |
| 736 | ********1546 | RADEMACHER, RICHARD |
| 737 | ********7104 | RAMAGE, GLENDA |
| 738 | ********7104 | RAMAGE, STEVE |
| 739 | ********5544 | REEDER, ANNE |
| 740 | ********5544 | REEDER, MICHAEL |
| 741 | ********7343 | REESE, CAROLE |
| 742 | ********7343 | REESE, DAVID |
| 743 | ********9465 | REINKE, GLADYS |
| 744 | ********9465 | REINKE, PAUL |
| 745 | ********9464 | REITER, MARY - TRUSTEE |
| 746 | ********9464 | REITER, ROBERT |
| 747 | ********2620 | RHEA, MICHAEL |
| 748 | ********2707 | RICHARDSON, CHERYL |
| 749 | ********9530 | RICHARDSON, PONDER |
| 750 | ********2707 | RICHARDSON, PRESTON |
| 751 | ********9530 | RICHARDSON, SANDRA |
| 752 | ********1482 | ROBERTS, DAN |
| 753 | ********1482 | ROBERTS, DAVID |
| 754 | ********1482 | ROBERTS, KELLEY |
| 755 | ********3414 | ROBERTS, ROY |
| 756 | ********3414 | ROBERTS, ROY |
| 757 | ********1482 | ROBERTS, SHERYL |
| 758 | ********9529 | ROBERTSON, MARGARET |
| 759 | ********9529 | ROBERTSON, MARVIN |
| 760 | ********1567 | ROGACKI, CARMELITA |
| 761 | ********1567 | ROGACKI, DAVID |
| 762 | ********2382 | ROGERS, JAY |
| 763 | ********2382 | ROGERS, SHERY |
| 764 | ********2616 | ROSNER, JAMES |
| 765 | ********2616 | ROSNER, LORI |
| 766 | ********6110 | ROWAN, LORETTA TIBBS |
| 767 | ********4991 | RUBINACCI, JENEE |
| 768 | ********4991 | RUBINACCI, TOM |
| 769 | ********0109 | RUIZ, MARCOS |
| 770 | ********0109 | RUIZ, SHANKEVIA |
| 771 | ********3424 | RUNGER, CAROL - TRUSTEE |
| 772 | ********8185 | RUSSELL, KAREN |
| 773 | ********8185 | RUSSELL, ROBERT |
| 774 | ********1665 | SANDERS, CHARLOTTE |
| 775 | ********1665 | SANDERS, CHRISTOPHER |
| 776 | ********4906 | SANDERS, LORA |
| 777 | ********4906 | SANDERS, TERRY LEE |
| 778 | ********5229 | SANFORD, JEAN |
| 779 | ********5229 | SANFORD, PETER D |
| 780 | ********5229 | SANFORD, ROBERT, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 781 | ********2589 | SAUNDERS, MARGARET MYERS |
| 782 | ********0349 | SCHEIN, MARTIN |
| 783 | ********0349 | SCHEIN, TONI |
| 784 | ********1335 | SCHEUR, DENNIS |
| 785 | ********1335 | SCHEUR, NANCY |
| 786 | ********2482 | SCHEYER, DONALD |
| 787 | ********2482 | SCHEYER, LINDA |
| 788 | ********1226 | SCHMITZ, JIM |
| 789 | ********1226 | SCHMITZ, THERESA |
| 790 | ********2663 | SCHNEIDER, JOY REWOLD |
| 791 | ********2663 | SCHNEIDER, STEVEN |
| 792 | ********2663 | SCHNEIDER, STEVEN LAWRENCE |
| 793 | ********2334 | SCHOOLER, JULIA |
| 794 | ********3886 | SCHRICK, LISA |
| 795 | ********3886 | SCHRICK, RICHARD |
| 796 | ********3729 | SCROGGS, DORIS |
| 797 | ********3729 | SCROGGS, WADE |
| 798 | ********0471 | SECRETARY, CATHY CLEMENTS |
| 799 | ********0287 | SHAMBURGER, D'ANN |
| 800 | ********0287 | SHAMBURGER, ROSS |
| 801 | ********6974 | SHATTUCK, LOLA |
| 802 | ********6974 | SHATTUCK, PHIL |
| 803 | ********3472 | SHAW, LEROY |
| 804 | ********3472 | SHAW, SHIRA |
| 805 | ********1103 | SHELLEY, DANIEL |
| 806 | ********1103 | SHELLEY, GLENNON |
| 807 | ********1103 | SHELLEY, TIMOTHY |
| 808 | ********5955 | SHORT, JAMES, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 809 | ********5955 | SHORT, JANICE |
| 810 | ********0328 | SIMBROWSKY, HILARY - TRUSTEE |
| 811 | ********1462 | SIMPSON, LINDA |
| 812 | ********1103 | SIMPSON, NANCY |
| 813 | ********1462 | SIMPSON, TERRY |
| 814 | ********1833 | SIMS, KATHERINE |
| 815 | ********1833 | SIMS, KEVIN |
| 816 | ********2104 | SKIDMORE, FREERKJE |
| 817 | ********2104 | SKIDMORE, WILLIAM |
| 818 | ********2104 | SKIDMORE, WILLIAM ANDSKIDMORE, FREERKJE BY RYAN, SONYA AS POA |
| 819 | ********2104 | SKIDMORE, WILLIAM ANDSKIDMORE, FREERKJE BY SKIDMORE, HUDSON AS POA |
| 820 | ********9636 | SLOANE, CYNTHIA |
| 821 | ********9636 | SLOANE, DOUGLAS |
| 822 | ********1047 | SLONE, DENNIS |
| 823 | ********1047 | SLONE, RACHEL |
| 824 | ********6540 | SMITH, ALICE |
| 825 | ********6557 | SMITH, ALICE |
| 826 | ********3456 | SMITH, DALE |
| 827 | ********3456 | SMITH, DEBRA |
| 828 | ********0305 | SMITH, DOROTHY |
| 829 | ********0305 | SMITH, JAMES |
| 830 | ********2559 | SMITH, JEFFERY |
| 831 | ********2559 | SMITH, JENNIFER |
| 832 | ********6540 | SMITH, SELDEN EMERSON |
| 833 | ********6557 | SMITH, SELDEN EMERSON |
| 834 | ********3812 | SPENCER, MARY |
| 835 | ********3812 | SPENCER, WILLIAM |
| 836 | ********0089 | SPIDLE, MICHAEL |
| 837 | ********0089 | SPIDLE, SHELLY |
| 838 | ********3841 | STABLER, BARBARA |
| 839 | ********9495 | STANDIFORD, GLENDON |
| 840 | ********9495 | STANDIFORD, MARILEE |

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 841 | ********2217 | STARKOVICH, KRISTINE |
| 842 | ********3183 | STEELE, TIMOTHY |
| 843 | ********4479 | STEGMAN, APRIL |
| 844 | ********4479 | STEGMAN, STEVEN |
| 845 | ********2045 | STERNS, DONALD |
| 846 | ********2344 | STILL, KATHLEEN |
| 847 | ********2344 | STILL, WILLIAM |
| 848 | ********8523 | STILLWAGON, DAWN |
| 849 | ********7898 | STOLLER, ELAINE |
| 850 | ********7898 | STOLLER, LYNN |
| 851 | ********1088 | STRANGE, STEPHANIE |
| 852 | ********4468 | STROHMEYER, LINDA |
| 853 | ********4468 | STROHMEYER, RAYMOND |
| 854 | ********3585 | SUPPLIES, ROCK ISLAND FLOOR CARE |
| 855 | ********4362 | SWANBERG, RONALD |
| 856 | ********4362 | SWANBERG, SHIRLEY |
| 857 | ********4167 | TALKINGTON, DANNY |
| 858 | ********4167 | TALKINGTON, SONDRA |
| 859 | ********8992 | TATHAM, MARSHA |
| 860 | ********2980 | TAYLOR, BRENDA |
| 861 | ********1119 | TEAGUE, EDWARD MORRIS, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 862 | ********1119 | TEAGUE, RUTH |
| 863 | ********9531 | TERRY, DENNIS |
| 864 | ********9531 | TERRY, LINDA |
| 865 | ********3889 | TEST, JOANNE E |
| 866 | ********3889 | TEST, JOANNE E BY SCHUENKE, LISA LEIGH AS POA |
| 867 | ********4619 | THESSING, NANCY |
| 868 | ********4619 | THESSING, THEODORE |
| 869 | ********8326 | THOMPSON, CONNIE |
| 870 | ********8326 | THOMPSON, LOWELL |
| 871 | ********3561 | THOMPSON, VIDA |
| 872 | ********1565 | THORPE, JEFF |
| 873 | ********1565 | THORPE, ROBBIN |
| 874 | ********9929 | THRASHER, VICTOR |
| 875 | ********9929 | THRASHER, VIRGIE |
| 876 | ********1872 | TOUTOUNCHIAN, DARLENE |
| 877 | ********2704 | TRAMMEL, JONIECE |
| 878 | ********2704 | TRAMMEL, SCOTT |
| 879 | ********1938 | TRIMM, SCOTT |
| 880 | ********2589 | USER, DANIEL MYERS AUTH |
| 881 | ********8997 | UTSEY, ANTHONY |
| 882 | ********8997 | UTSEY, DAWN |
| 883 | ********1780 | WAGNER, GAYLA MAE |
| 884 | ********1780 | WAGNER, PETER MICHAEL |
| 885 | ********7624 | WALKER, ANTHONY |
| 886 | ********3415 | WALLER, CHARLIE |
| 887 | ********3415 | WALLER, JOHANNA |
| 888 | ********7756 | WALSH, JEANENE |
| 889 | ********7756 | WALSH, JEREMIAH |
| 890 | ********1766 | WARNER, MONICA |
| 891 | ********0415 | WARNER, MONICA |
| 892 | ********1766 | WARNER, TERRENCE |
| 893 | ********0415 | WARNER, TERRENCE |
| 894 | ********0807 | WARRIOR, BETH |
| 895 | ********0807 | WARRIOR, MANUEL |
| 896 | ********4920 | WASSOM, DONALD |
| 897 | ********4920 | WASSOM, KAROL |
| 898 | ********5659 | WATERS, CYNTHIA |
| 899 | ********5659 | WATERS, RICHARD |
| 900 | ********2652 | WEITENHAGEN, H DEAN |

Hamilton Cove Townhouses Property Owners Association, Inc.
Exhibit A - Defendants

| NUMBER | CONTRACT NO. | OWNER |
|---|---|---|
| 901 | ********2652 | WEITENHAGEN, JANET |
| 902 | ********2485 | WELBORN, ESTER, DECEASED, HER DEVISEES AND PERSONAL REPRESENTATIVES |
| 903 | ********2485 | WELBORN, IVAN, DECEASED, HIS DEVISEES AND PERSONAL REPRESENTATIVES |
| 904 | ********3585 | WELSH, DONNA |
| 905 | ********3634 | WHINERY, A |
| 906 | ********3642 | WHINERY, A |
| 907 | ********3634 | WHINERY, GLENDA |
| 908 | ********3642 | WHINERY, GLENDA |
| 909 | ********3634 | WHINERY, ROYAL |
| 910 | ********3642 | WHINERY, ROYAL |
| 911 | ********7615 | WICK, MARIELLEN |
| 912 | ********2807 | WIDGER, DAN |
| 913 | ********2807 | WIDGER, MICHELLE |
| 914 | ********5652 | WILEY, ROYAL |
| 915 | ********5652 | WILEY, SHELLY SPENCE |
| 916 | ********1222 | WILLIAMS, TIMOTHY |
| 917 | ********8892 | WILSON, DEAN |
| 918 | ********5109 | WINGAD, KEITH ROBERT |
| 919 | ********1064 | WOODS, DOROTHY |
| 920 | ********0700 | WREN, GREG |
| 921 | ********0700 | WREN, PAM |
| 922 | ********3414 | YODER, KELLY |
| 923 | ********4199 | YOUNG, DERYN - TTEE |
| 924 | ********1115 | YOUNG, DERYN - TTEE |
| 925 | ********4199 | YOUNG, JENIFER - TTEE |
| 926 | ********1115 | YOUNG, JENIFER - TTEE |
| 927 | ********4867 | YOUNG, JULEEN - TRUSTEE |
| 928 | ********4867 | YOUNG, KENNETH - TRUSTEE |
| 929 | ********8645 | YOUNG, LAURIE SCOTT |
| 930 | ********0501 | YUDNICH, KAREN |
| 931 | ********0501 | YUDNICH, ROBERT |
| 932 | ********1973 | . ATTN A ENGLAND JABBIT INC |
| 933 | ********3007 | . AUTO TECH INC |
| 934 | ********2833 | . CULLEN FAMILY VACATIONS LLC |
| 935 | ********2833 | . CULLEN FAMILY VACATIONS LLC BY J K MOE AS MANAGER |
| 936 | ********1115 | . D J YOUNG LIVING TST |
| 937 | ********0489 | . DAVECO ENTERPRISES |
| 938 | ********2096 | . DOYNE CONSTRUCTION COMPANY INC |
| 939 | ********4933 | . FSC SERVICE CORP |
| 940 | ********2373 | . GANT FAMILY LLC |
| 941 | ********2373 | . GANT FAMILY LLC BY DALE GANT AS PARTNER |
| 942 | ********2373 | . GANT FAMILY LLC BY GARY GANT AS PARTNER |
| 943 | ********2373 | . GANT FAMILY LLC BY GILDA GANT WALLIS AS PARTNER |
| 944 | ********3502 | . GDV TRAVEL LLC |
| 945 | ********3502 | . GDV TRAVEL LLC BY CERUZZI, EMILY AS AGENT |
| 946 | ********3502 | . GDV TRAVEL LLC BY MOODY, STEVE AS AGENT |
| 947 | ********3502 | . GDV TRAVEL LLC BY SUTTON, NATHAN AS AGENT |
| 948 | ********2615 | . HILLMAN MANGRUM |
| 949 | ********2340 | . HOLLEY SHARKEY |
| 950 | ********6922 | . HOLZ BROTHERS INC |
| 951 | ********2615 | . MANGRUM HILLMAN |
| 952 | ********2589 | . REGAL ENTERPRISES LLC |
| 953 | ********1736 | . RESORT COLLECTION INTERNATIONAL LLC |
| 954 | ********2340 | . SHARKEY HOLLEY |